IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KIM PELOWSKI,

                Plaintiff,

    vs.

BNSF RAILWAY COMPANY,

                Defendant.

**4:13CV3022**

**ORDER**

A settlement conference is scheduled for April 28, 2014.

Accordingly,

IT IS ORDERED:

1)     The trial and pretrial conference are continued pending further order of the court.

2)     If the case does not settle during the settlement conference, the parties shall be prepared to discuss available trial and pretrial conference dates at the close of the settlement conference.

March 21, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge